■ In the Matter of GREGORY MAZZANOBILE et al., Respondent, v BOARD OF TOWN TRUSTEES TOWN OF SOUTHOLD, Appellant. [849 NYS2d 450]—In a proceeding pursuant to CPLR article 78 to review a determination of the Board of Town Trustees Town of Southold dated April 20, 2005, the appeal is from a judgment of the Supreme Court, Suffolk County (Tanenbaum, J.), dated July 6, 2006, which granted the petition.

Ordered that the judgment is affirmed, with costs.

Under the particular circumstances of this case, the Supreme Court did not err in granting the CPLR article 78 petition. Skelos, J.P., Santucci, Lifson and Carni, JJ., concur.